UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKI MAMEDOV,<br><br>                                    Petitioner,<br><br>v.<br><br>MERRICK GARLAND, et al.,<br><br>                                    Respondents. | Case No.:  25-cv-03188-CAB-SBC<br><br>**ORDER VACATING ORDER TO RESPOND AND DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 1] |

Petitioner Zaki Mamedov filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1.]  The Court ordered the Government to respond.  [Doc. No. 2.]  The Government has now notified the Court that Petitioner was removed from the United States on November 17, 2025.  [Doc. No. 3.]

In light of the Government's notice, the Court **VACATES** the Order to Respond, [Doc. No. 2] and **DISMISSES** the Petition as moot, [Doc. No.1].  The Clerk of Court shall close the case.

Dated:  November 24, 2025

Hon. Cathy Ann Bencivengo
United States District Judge

1

25-cv-03188-CAB-SBC